# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTICE YELLOW,<br><br>Defendant. | **FILED UNDER SEAL<br>ORDER ON WITHDRAWAL OF MOTION TO DISMISS THE COMPLAINT**<br><br>Case No. 2:22-MJ-335 CMR<br><br>Magistrate Judge Romero |

Based upon motion of the defendant, Augustice Yellow, no objection from the United States of America and good cause appearing therefore,

IT IS HEREBY ORDERED that Mr. Yellow's motion to dismiss the complaint initially argued on Friday, May 13, 2022 at 2:00 p.m, set for briefing by the parties on Thursday, May 19, 2022 and oral argument on Monday, May 23, 2022 is withdrawn and all related deadlines are stricken from the court calendar.

DATED this _____ day of May 2022.

_____
Honorable Cecilia M. Romero
United States Magistrate Judge